Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Charmaine Burnett

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

CHARMAINE BURNETT

        Plaintiff,

    vs.

CAPITAL ONE BANK, N.A.
        Defendant.

Case No.: 2:19-cv-02061-JAM-EFB

**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE BANK, N.A.**

1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Charmaine Burnett and Defendant Capital One Bank, N.A., that Capital One Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED:  April 3, 2020                **Gale, Angelo, Johnson, & Pruett, P.C.**

By: _____/s/ Joe Angelo_____
Joe Angelo
Attorneys for Plaintiff
Charmaine Burnett

DATED:  April 3, 2020                **Ballard Spahr**

By: _____/s/ Marcos Sasso_____
Marcos Sasso
Attorneys for Defendant
Capital One Bank, N.A.

STIPULATED REQUEST FOR DISMISSAL