Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Charmaine Burnett

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHARMAINE BURNETT,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE BANK, N.A.<br>            Defendant. | Case No.: 2:19-cv-02061-JAM-EFB<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Capital One Bank, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

DATED:   4/3/2020                    /s/ John A. Mendez_____
                                     Hon. JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE